UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Tremekia Davis

Write the full name of each plaintiff.

25 CV 4753
____CV______
(Include case number if one has been assigned)

-against-

Sean Combs
Shawn Carter
Christopher B. Bridges
Ex Bishop Thomas Dexter Jakes Sr

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☐ Yes ☐ No

RECEIVED
JUN 04 2025
PRO SE OFFICE

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

all of them , They hurting us to Bad

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , Tremeka Davis (Plaintiff's name), is a citizen of the State of

________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, Sean Combs, is a citizen of the State of
(Defendant's name)

_______________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_______________.

If the defendant is a corporation:

The defendant, Sean Combs, is incorporated under the laws of

the State of _______________

and has its principal place of business in the State of alot of States

or is incorporated under the laws of (foreign state) _______________

and has its principal place of business in _______________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Tremeka L. Davis
First Name Middle Initial Last Name

6005. S. Gessner Apt. 1253
Street Address

Houston Tx. 77036
County, City State Zip Code

832 677 5391 Temp8@gmx.com
Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: Gregory Williams
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 2: Michael Davis
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4: Beyonce Knowles
First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Houston Tx,

Date(s) of occurrence: 2021-2025 right now.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

They are Sitting in our bodies in Astal human Spirit Foam viciously assaulting US with weapons inflict physical injurys and they telling me that they are assassinating my son over and over again then Waking him back up They have done me some to they letting me hear gun Shots.
They have done a number of things They Send their Clone to the Salls to Fight my son after injurying his brain it's to much They was Just to jealous of us and Swicthed my Son bones and Identity in CPS care I had Called Them

because they was and is still doing it as of May 22, 2025 Showing up in my house in Astral human Form, telling me they Coming to Stab me like they did my Son in Jail. They have tet in my body and cut me in my arms and have broke them like then Scratced it when I was going in to report them so it wouldn't look as bad I couldn't move my arms both my Son is getting hurt daily it to bad

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I talk to my Son and he Said he could Feel a electricity like Shark going down one Side of his body, their dads are at Fault to. The daddies knew the celebrities They Cloned him and his Clone are being attaked

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

To release him out of Jail They walked him in Jail and letting me see it They did the Crime trying to Steal his life as a Entertainer and a entrepreneur his brothers to are being hurt next day court

They attacking me as Mary The Mother of the earth.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

May 26, 2025
Dated

[signature]
Plaintiff's Signature

Tremeka
First Name

L.
Middle Initial

Davis
Last Name

6005 S. Gessner Dr.
Street Address

Houston
County, City

Texas
State

77036
Zip Code

832 677 5391
Telephone Number

Temp8@gmx.com
Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.


YouTube




Save




Meek Mill Canvas Art | ICanvas
Visit
Related content
Discover
Search
Collections


IF YOU SEE
THESE SIGNS
YOU HAVE THE
GIFT OF
DISCERNMENT -
POWERFUL MOTIVATIONAL
21:36
Signs You Are Gifted With Knowledge Of The Unseen World - The Gift of Discernment
Trailblazer · 904K views · 8 months ago




Demon Caught
On Camera
20:22


7:47



**The Cave Under the Euphrates River Has Just Been Sealed Up!**

Discovery Report · 57K views · 6 months ago



ı might also like this

**If These Creatures Were Not Filmed, No One Would Have Believed Them**

The Squeezed Lemon · 588K views · 2 weeks ago

ALL IMAGES VIDEOS SHOPPING NEWS

Latest GIF HD Product Color Labe

imgflip meme lisa smile brain scans



I bet they're all jealous of "M...
breakawaybackpacker.com




Jealousy - Imgflip
imgflip.com







Search contacts & places
TODAY
666
3 min. ago
(281) 487-7300
Pasadena, TX, 2 min. ago
(713) 757-0894
Houston, TX, 8 min. ago
Travis
Mobile, 9 min. ago
(832) 574-1582
Texas, 4 hr. ago
Tavis
Search
Copy text
Listen


666
Call ended
Keypad
Speaker
Add call




10
10
0:11
-0:43

Possession | Buff...
https buffy.fandom.com

BUFFYVERSE WIKI



Solid Snake Casting Announced - The Loop

well.

## Spiritual Possession

Spiritual possession was when a being who had passed away became "earthbound", such as a ghost, or an astral projection, and began to feed off of the energy of someone who was still a physical being, resulting in noticeable change in behavior.

VIEW 10 RELATED PAGES

All News Videos Images Shopping Maps

Is World War III on Its Way? | George Friedman at Brain Bar - YouTube



Uploaded by Brain Bar
Posted Oct 11, 2017

9 key moments in this video

Brain War: World War 3 - Home | Facebook

Brain War: World War 3. 61 likes. The World War 3 is going on in silence in people's Brains. With ICT technology, ICT implants and Artificial...

Brain War: World War 3 - Facebook

Brain War: World War 3. 61 likes. The World War 3 is going on in silence in people's Brains. With ICT...

Texas USA
Director:
IDENTIFICATION CARD



4d. ID: 35240735
3. DOB: 12/28/1976
4b. Exp: 12/28/2029
4a. Iss: 09/07/2022
1. DAVIS
2. TRE MEKA LA SHAWN
8. 6005 S GESSNER RD APT 1253
HOUSTON, TX 77036
16. Hgt: 5'-02" 15. Sex: F 18. Eyes: BLK
5. DD: 09220270192057227598

Texas USA
Director:
IDENTIFICATION CARD



4d. ID: 35240735
3. DOB: 12/28/1976
4b. Exp: 12/28/2029
4a. Iss: 09/12/2023
1. DAVIS
2. TRE MEKA LA SHAWN
8. 6005 S GESSNER RD #1253
HOUSTON, TX 77036
16. Hgt: 5'-02" 15. Sex: F 18. Eyes: BLK
5. DD: 09221360192112027598

Texas USA
IDENTIFICATION CARD
Director:
IDENTIFICATION CARD



4d. ID: 35240735
3. DOB: 12/28/1976
4b. Exp: 12/28/2029
4a. Iss: 09/11/2024
1. DAVIS
2. TRE MEKA LA SHAWN
8. 6005 S GESSNER RD #1253
HOUSTON, TX 77036
16. Hgt: 5'-02" 15. Sex: F 18. Eyes: BRO
5. DD: 09221460191141627598

ner

036







Pro se

United States District Court
For The Southern District OF New York
500 Pearl St. New York, NY 10007

CEIVED
N 0 4 2025
E OFFICE

RECEIVED
JUN 3 - 2025
CLERK'S OFFICE
S.D.N.Y.

USMS
SDNY